# Third District Court of Appeal

## State of Florida

Opinion filed January 2, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1792
Lower Tribunal No. 24-2834-CA-01
_____

**Sharp Insurance Agency, Inc.,**
Petitioner,

vs.

**Solex Investments, LLC, et al.,**
Respondents.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Robert T. Watson, Judge.

Dehghani Law, P.A., and A. Alex Dehghani, for petitioner.

Valero Law PLLC, and David T. Valero, for respondents.

Before LOGUE, C.J., and EMAS and LOBREE, JJ.

PER CURIAM.

Petition denied. See Borck v. Borck, 906 So. 2d 1209, 1211 (Fla. 4th DCA 2005) ("Article I, section 23, of the Florida Constitution protects the

financial information of persons if there is no relevant or compelling reason to compel disclosure."); <u>Shojaee v. Anibal J. Duarte-Viera, P.A.</u>, 365 So. 3d 1184, 1187 (Fla. 3d DCA 2023) ("Financial information may be produced, however, if it is relevant to the lawsuit."); <u>Elsner v. E-Commerce Coffee Club</u>, 126 So. 3d 1261, 1263 (Fla. 4th DCA 2013) ("While the potential invasion of privacy may provide a threshold showing of irreparable harm, certiorari may be granted only where the petitioner 'affirmatively establishe[s]' that the financial information is irrelevant to any issue in the litigation and not likely to lead to the discovery of admissible evidence." (citations omitted)).

Petition denied.